UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Ronald Bernard Guy                                                              Docket No. 5:08-CR-15-1FL

### Petition for Action on Supervised Release

COMES NOW Taron N. Seburn, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Ronald Bernard Guy, who, upon an earlier plea of guilty to Discharge of a Firearm During a Crime of Violence and Aiding and Abetting, in violation of 18 U.S.C.§§ 924 (c)(1)(A) and 2, and Felon in Possession of a Firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924, was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on August 12, 2008, to the custody of the Bureau of Prisons for a term of 204 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 5 years.

On February 20, 2014, count 3 was vacated resulting in the defendants sentence being reduce to 120 months imprisonment.

Ronald Bernard Guy was released from custody on May 24, 2016, to the Western District of North Carolina, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant tested positive for cocaine on June 7, 2016, and signed an admission of drug use form on June 10, 2016, acknowledging the use of cocaine on June 6, and June 7, 2016. The defendant tested positive for cocaine and marijuana on July 11, 2016. On July 19, 2016, he signed an admission of drug use statement acknowledging the use of both substances prior to submitting the July 11, 2016 sample. The defendant, who was verbally reprimanded and counseled about his actions, has agreed to participate in the Western District of North Carolina's Moral Reconation Therapy Program, and will undergo intensive outpatient substance abuse treatment at the McLeod Addictive Disease Center in Charlotte, North Carolina. It is also recommended that Guy participate in the DROPS Program. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. While under supervision in the Western District of NC, the defendant shall participate in the DROPS Program and, in response to detected illegal drug use, shall be confined in the custody of the Bureau of Prisons for a period not to exceed 30 days of intermittent confinement, as arranged by the probation office, in the following increments: First Use - Two Days; Second Use - Five Days; Third Use - Ten Days;

Except as herein modified, the judgment shall remain in full force and effect.

**Ronald Bernard Guy**
**Docket No. 5:08-CR-15-1FL**
**Petition For Action**
**Page 2**

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert L. Thornton<br>Robert L. Thornton<br>Supervising U.S. Probation Officer | /s/ Taron N. Seburn<br>Taron N. Seburn<br>U.S. Probation Officer<br>201 South Evans Street, Rm 214<br>Greenville, NC 27858-1137<br>Phone: 252-830-2335<br>Executed On: July 26, 2016 |

### ORDER OF THE COURT

Considered and ordered this 28th day of July, 2016, and ordered filed and made a part of the records in the above case.

*Louise W. Flanagan*
Louise W. Flanagan
U.S. District Judge